UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE COLONIAL HOUSE ASSOCIATION,)
INC.,                                                    )
                                                              )
                   Plaintiff,                          )
                                                              )
V.                                                         )          CIVIL ACTION NO. _____
                                                              )
MT. HAWLEY INSURANCE                     )
COMPANY AND CERTAIN                       )
UNDERWRITERS AT LLOYD'S,            )
LONDON (RENAISSANCE RE            )
SYNDICATE 1458 LLOYD'S)                 )
SUBSCRIBING TO POLICY NUMBER   )
MPC0601517,                                       )
                                                              )
                   Defendants.                       )
_____)

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Mt. Hawley Insurance Company ("Mt. Hawley") and Renaissance Re
Syndicate 1458 Lloyd's (incorrectly named as "Certain Underwriters at Lloyd's, London")
("Syndicate 1458") (Mt. Hawley and Syndicate 1458 collectively "Defendants") jointly file this
Notice of Removal of this action from the 18th Judicial Circuit Court in Brevard County, Florida
to the Orlando Division of the United States District Court for the Middle District of Florida, the
district and division in which the 18th Judicial Circuit is located.  This Notice of Removal is filed
pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Defendants respectfully show this
Court as follows:

1.      On October 17, 2022, Plaintiff The Colonial House Association, Inc. ("Plaintiff")
commenced an action against Defendants in the 18th Judicial Circuit Court in Brevard County,
Florida, entitled *The Colonial House Association, Inc. v. Mt. Hawley Insurance Company and
Certain Underwriters at Lloyd's, London (Renaissance Re Syndicate 1458 Lloyd's) Subscribing*

*to Policy Number MPC0601517*, pending as Case No. 05-2022-CA-050206 (the "State Court Case").

2.      On November 8, 2022, Mt. Hawley was served with a copy of the Complaint ("Complaint") in the State Court Case.  *See* **Exhibit C-1**, p. 1.  Syndicate 1458 has yet to be served with the Complaint

3.      A copy of this Notice of Removal will be filed with the 18th Judicial Circuit Court in Brevard County, and a copy of this Notice of Removal will also be served on Plaintiff. Defendants are, contemporaneously with the filing of this Notice, giving written notice of filing of this Notice of Removal with the clerk of the 18th Judicial Circuit Court of Brevard County.

4.      The following exhibits are being filed with this Notice of Removal:

**Exhibit A**      An index of matters being filed;

**Exhibit B**      The State Court Docket Sheet;

**Exhibit C**      A copy of each paper docketed in the State Court Case;

**Exhibit D**      Plaintiff's Notice of Intent to Initiate Litigation; and

**Exhibit E**      List of all counsel of record and contact information.

5.      Plaintiff has requested trial by jury in the State Court Case.

6.      Defendants have filed contemporaneously with this Notice a civil cover sheet.

**<u>Ground for Removal:  Diversity</u>**

7.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, in that this is a civil action where the matter in controversy exceeds $75,000 and is between citizens of different States.

A.      <u>The amount in controversy exceeds the federal minimum jurisdictional requirements.</u>

8.     Plaintiff's Complaint in the State Court Case contends that its property located at 230 Columbia Drive, Cape Canaveral, Brevard County, Florida (the "Property") was damaged by a failed drain plumbing system on or about March 2, 2020, and that this loss is purportedly covered under a policy of property insurance issued by Defendants, Policy No. MPC0601517 (the "Policy").  *See* Complaint, **Exhibit C-1** at ¶¶ 7-10.   Plaintiff's Complaint claims that Defendants breached the Policy and caused Plaintiff damages by failing to pay the amounts due and owing under the Policy.  *Id.* ¶¶ 19-23.  Plaintiff's Complaint generally alleges that damages "exceed $30,000.00" without further specifying its purported damages.  *Id.* ¶ 1.

9.     On January 25, 2022, Plaintiff filed a Notice of Intent to Initiate Litigation against Mt. Hawley, in which Plaintiff states that its Estimate of Damages totals $8,351,709.00.  *See* **Exhibit D**.

10.     For all of these reasons, the amount in dispute exceeds $75,000, exclusive of interest and costs, and Defendants timely file this removal within 30 days after Mt. Hawley was served with Plaintiff's Complaint.

B.     There is complete diversity between Plaintiff and All Properly Joined Defendants.

11.     For purposes of determining diversity, a corporation is a citizen of every State by which it is incorporated and of the State where it has its principal place of business.  28 USC § 1332(c)(1).

12.     Plaintiff is a not-for-profit corporation incorporated by the State of Florida with its principal place of business in Florida.  Complaint, **Exhibit C-1** ¶¶ 4-5.  Thus, Plaintiff is a citizen of the State of Florida, and not a citizen of the State of Illinois or of Bermuda.

13.     Defendant Mt. Hawley is a corporation incorporated by the State of Illinois, with its principal place of business in Illinois.  Accordingly, Mt. Hawley is a citizen of the State of

Illinois for purposes of determining diversity jurisdiction, and Mt. Hawley is not a citizen of the State of Florida.

14.     Defendant Renaissance Re Syndicate 1458 Lloyd's is a Lloyd's syndicate with a single member, Renaissance Re Corporate Capital (UK) Limited.  The parent corporation and sole owner of Renaissance Re Corporate Capital (UK) Limited is Renaissance Reinsurance Ltd. The parent corporation and sole owner of Renaissance Reinsurance Ltd. is RenRe Insurance Holdings Ltd.  The parent corporation and sole owner of RenRe Insurance Holdings Ltd is Renaissance Re Specialty Holdings (UK) Limited.  The parent corporation and sole owner of Renaissance Re Specialty Holdings (UK) Limited is Renaissance Re Holdings Ltd., which is a publicly traded corporation on the New York Stock Exchange.  Renaissance Re Holdings Ltd. is incorporated in the state of Bermuda and its principal place of business is in Bermuda. Renaissance Re Holdings Ltd. is not incorporated in the State of Florida.  As such, Syndicate 1458 is a citizen of Bermuda, and not a citizen of Florida, for purposes of determining diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

15.     Complete diversity exists in this case and removal is proper because Plaintiff is a citizen of Florida, Mt. Hawley is a citizen of Illinois, and Renaissance Re Syndicate 1458 Lloyd's is a citizen of Bermuda.

WHEREFORE, Defendants Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's pray that the above-described action now pending in the 18th Judicial Circuit Court in Brevard County, Florida, be removed to this Court.

Respectfully submitted,

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood / FBN: 41495
CHARTWELL LAW OFFICES, LLP
100 SE 2nd St., Suite 2150
Miami, FL 33131-2137
Tel: 305-372-9044
Fax: 305-372-5044
mmahfood@chartwelllaw.com

**ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the above and foregoing instrument is being served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 28th day of November 2022, as follows:

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood